

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2022

No. 04-20-00309-CV

**PLANET HOME LENDING, LLC**,
Appellant

v.

Ronnie **NUNN**, individually and as the trustee for the 9707 Discovery Land Trust,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22807
Honorable Martha Tanner, Judge Presiding

# O R D E R

The Appellant's Agreed Motion to Abate Appeal is hereby DENIED.

It is so **ORDERED** on August 15, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT